Lilys D. McCoy (Cal. State Bar No. 156918)
E-mail: ldm@mtrlaw.com
MCCOY, TURNAGE & ROBERTSON, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California 92123
Tel:  (858) 300-1900
Fax: (858) 300-1910

William F. Horn (*Pro Hac Vice*)
Email: bill@wfhlegal.com
LAW OFFICE OF WILLIAM F HORN
188-01B 71st Crecent
Fresh Meadows, New York 11365
Tel:  (718) 785-0543
Fax: (866) 596-9003

Attorneys for Plaintiff, Sergio Cedeno, and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SERGIO CEDENO, an individual; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF COLLECTION RECOVERY, INC., a Minnesota Corporation; *et al.*,<br><br>Defendants. | Case No.:  8:10-cv-01960-JVS (FFMx)<br><br>**NOTICE OF HEARING ON CONSENT MOTION FOR AN ORDER CONDITIONALLY CERTIFYING CLASS AND GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND INJUNCTIVE RELIEF**<br><br>Hon. James V. Selna<br><br>Date: June 18, 2012<br>Time: 1:30 p.m.<br>Courtroom 10C |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 18, 2012, at 8:30 a.m. in Courtroom 10C of the above-referenced court, located at 411 West 4th Street, Santa Ana,

92701, California, Plaintiff Sergio Cedeno makes this uncontested consent motion pursuant to Fed. R. Civ. P 23 for preliminary conditional approval of the class action settlement reached in this case.

The motion is brought on the grounds that the settlement is fair and reasonable under all the circumstances. This motion is based on this Notice, the accompanying memorandum of points and authorities, the declarations of Lilys D. McCoy and William F. Horn, on the files and records in this action, and on such further argument as the Court may permit.

Respectfully submitted,

Dated: May 4, 2012　　　　　　　　　MCCOY, TURNAGE & ROBERTSON, LLP

By: ___s/ Lilys D. McCoy___
　　　Lilys D. McCoy

Attorneys for Plaintiff, Sergio Cedeno, and all others similarly situated