UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SERGIO CEDENO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF COLLECTION RECOVERY, INC., a Minnesota Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 8:10-cv-01960-JVS (FFMx)<br><br>**ORDER ON STIPLUATION TO CONTINUE DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEY FEES AND COSTS** |

The court, having received and reviewed the parties' Stipulation to Continue Deadline to File Motion for Final Approval and Motion For Attorney Fees and Costs hereby orders the deadline to file the motion for final approval, as well as the motion setting attorneys' fees and costs, be continued to August 31, 2012.

DATED:_August 30, 2012_____  _____
UNITED STATES DISTRICT JUDGE

---

ORDER ON STIPLUATION TO CONTINUE DEADLINE TO FILE MOTION FOR FINAL APPROVAL
AND MOTION FOR ATTORNEY FEES AND COSTS