LILYS D. MCCOY (CAL. STATE BAR NO. 156918)
E-MAIL: LDM@MTRLAW.COM
MCCOY, TURNAGE & ROBERTSON, LLP
5469 KEARNY VILLA ROAD, SUITE 206
SAN DIEGO, CALIFORNIA 92123
TEL: (858) 300-1900
FAX: (858) 300-1910

WILLIAM F. HORN (PRO HAC VICE)
EMAIL: BILL@WFHLEGAL.COM
LAW OFFICE OF WILLIAM F HORN
188-01B 71ST CRECENT
FRESH MEADOWS, NEW YORK 11365
TEL: (718) 785-0543
FAX: (866) 596-9003

ATTORNEYS FOR PLAINTIFF, SERGIO CEDENO, AND ALL OTHERS SIMILARLY SITUATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SERGIO CEDENO, an individual; et al., | Case No. 8:10-cv-01960-JVS (FFMx) |
| Plaintiffs, | PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES |
| v. | |
| BUREAU OF COLLECTION RECOVERY, INC., a Minnesota Corporation; et al., | Date: September 24, 2012<br>Time: 1:30 p.m.<br>Courtroom 10C |
| Defendants. | The Honorable James V. Selna |

1  TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2           PLEASE TAKE NOTICE that pursuant to Rule 54(d) of the Federal Rules of
3  Civil Procedure, on September 24, 2012, at 1:30 p.m., in the courtroom of the
4  Honorable James V. Selna, Judge of the United States District Court, Central District
5  of California, located at Courtroom "10C" at 411 West Fourth Street in Santa Ana,
6  California, Plaintiff Sergio Cedeno ("Plaintiff") will respectfully move this Court for
7  Attorneys' Fees and Expenses under the Fair Debt Collection Practices Act, 15 U.S.C.
8  §1692, *et seq.* ("FDCPA"), the California Rosenthal Fair Debt Collection Practices
9  Act, Cal. Civ. Code §1788.1, *et seq.* ("CA FDCPA"), and Cal. Code of Civil
10 Procedure, §1021.5 against defendant Bureau of Collection Recovery ("Defendant").

11          Plaintiff requests a lodestar $55,628.50 and a multiplier of 1.5, for a total of
12 $83,442.75 in attorneys' fees. Also, plaintiff will move for an award of $723.50 in
13 litigation expenses. The total amount of fees and costs for which plaintiff is moving is
14 $84,166.25.

15          This motion is further supported by Plaintiff's Memorandum of Law and the
16 Declaration of Lilys McCoy, and the Declaration of William Horn in Support of
17 Plaintiff's Motion for Attorneys' Fees and Expenses, both filed separately and all
18 other pleadings and papers on file herein, and any other documentary or testimonial
19 evidence which may be presented at the hearing on this matter.

20 DATED: September 5, 2012              Respectfully submitted,

21                                        MCCOY, TURNAGE & ROBERTSON, LLP
22

23                                         s/ Lilys D. McCoy
                                           E-mail: ldm@mtrlaw.com
24
                                           Attorneys for Plaintiff Sergio Cedeno and
25                                         All Others Similarly Situated

26
27
28

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 5469 Kearny Villa Road, Suite 206, San Diego, California 92123. On the date shown below, I served the preceding document on the persons below, as follows:

Charles R. Messer, Esq.
cmt@cmtlaw.com
CARLSON & MESSER, LLP
5959 West Century Blvd., Suite 1214
Los Angeles, CA 90045

[] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 5, 2012          s/Lilys D. McCoy
                                 ldm@mtrlaw.com
                                 Attorney for Plaintiff and the Class