1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SERGIO CEDENO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF COLLECTION RECOVERY, INC., a Minnesota Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 8:10-cv-01960-JVS (FFMx)<br><br>**ORDER ON STIPLUATION TO CONTINUE HEARING ON MOTION FOR FINAL APPROVAL AND HEARING ON MOTION FOR ATTORNEY FEES AND COSTS** |

The court, having received and reviewed the parties' Stipulation to Continue Hearing on Motion for Final Approval and Hearing on Motion for Attorney Fees and Costs, hereby orders that the hearing on the Motion for Final Approval and the hearing on the Motion for Attorney Fees and Costs is continued from September

1  21, 2012 to October 19, 2012 at 1:30 P.M **[NOTE DATE CHANGE]**.

3  Dated: September 19, 2012

   _____
   DISTRICT COURT JUDGE

ORDER ON STIPLUATION TO CONTINUE HEARINGS ON MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEY FEES AND COSTS